| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| SONIA PLATTENBURG,<br>　　Plaintiff,<br><br>*versus*<br><br>WELLS FARGO HOME MORTGAGE,<br>　　Defendant. | §<br>§<br>§<br>§　CASE NO. 9:18-CV-00144-MAC<br>§<br>§<br>§ |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

This case is is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for pre-trial management. Doc. No. 7. Pending before the court is the Plaintiff Sonia Plattenburg's "Rule 12(b)(3) Notice of Improper Venue" (Doc. No. 9) which was construed as a "Motion to Remand." Judge Hawthorn entered a report (Doc. No. 13) recommending the court deny the motion. No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's "Report and Recommendation" (Doc. No. 13) is **ADOPTED**, and the Plaintiff's "Rule 12(b)(3) Notice of Improper Venue" construed as Plaintiff's "Motion to Remand" (Doc. No. 9) is **DENIED**.

SIGNED at Beaumont, Texas, this 26th day of October, 2018.

　　　　　　　　　　　　　　　　*Marcia A. Crone*
　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE